IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re MIKE ZITTA AND IRENA ZITTA,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-bk-19154-SSC<br><br>(Not for Publication- Electronic Docketing ONLY) |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors in interest,<br>　　　　　　　　　　Movant,<br>vs.<br>MIKE ZITTA AND IRENA ZITTA,<br>　　　　　　　　　　Respondents. | ORDER INCORPORATING MEMORANDUM DECISION DATED JANUARY 21, 2011 |

Based upon this Court's Memorandum Decision dated January 21, 2011, which is incorporated herein by reference:

IT IS ORDERED that the Movants' Motion for Reconsideration of ths Court's Denial of the Motion for Relief from the Automatic Stay is DENIED.

DATED this 21st day January, 2011.

_[signature]_

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1